IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY AHLIN,<br><br>               Plaintiffs,<br>   v.<br><br>SOCIAL SECURITY OFFICE,<br><br>               Defendants. | CIV F 07-287 AWI SMS<br><br>ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION |

     Defendant has noticed for hearing and decision a motion to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The matter was scheduled for hearing to be held on April 30, 2007. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than April 16, 2007. Plaintiff failed to do so. Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The Court has reviewed Defendants's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

1   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 30,
2   2007, is VACATED, and no party shall appear at that time.  As of April 30, 2007, the Court will
3   take the matter under submission, and will thereafter issue its decision.

5   IT IS SO ORDERED.

6   **Dated:   April 21, 2007**             **/s/ Anthony W. Ishii**
                                             UNITED STATES DISTRICT JUDGE